# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0065

VERSUS

ANDRE THOMAS

**FEBRUARY 26, 2024**

---

In Re:    Andre Thomas, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-18-0599.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

    **WRIT DENIED.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court is proceeding toward disposition of the matter.

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT